In the Matter of the Claim of ESTELLE V. ANDREWS, Appellant, against EMPORIUM FORESTRY COMPANY, et al., Respondents.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 18, 1929; decided April 16, 1929.)

*James O. Sebring* for appellant.

*Jeremiah F. Connor* for respondents.

Order of the Appellate Division reversed and award of State Industrial Board confirmed, with costs in all courts, on the ground that the injuries which resulted in the death of Leonard Andrews arose out of and in the course of his employment; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.